AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 25 2018

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Elias Vasquez-Esquivel

**CRIMINAL COMPLAINT**

Case Number: M-18-1107-M

IAE  YOB: 1985
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 23, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Pharr, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Elias Vasquez-Esquivel was encountered by Border Patrol Agents near Pharr, Texas on May 23, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 23, 2018, near Pharr, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 29, 2010, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 21, 2008, the Defendant was convicted of 8 USC 1326 Illegal Re-Entry into the United States and was sentenced to thirty-seven (37) months confinement and thirty-six (36) months Supervised Release Term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

May 25, 2018                    8:47 pm

Signature of Complainant
Mickel González    Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer